# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DAVID THOMAS, JR.                                                                          PLAINTIFF

v.                                      NO. 1:16-cv-00076-JM

ANTONIO J. NELSON                                                                          DEFENDANT

## ORDER

Pursuant to the Order dated July 11, 2018, this action is hereby administratively terminated.

IT IS SO ORDERED this 25th day of October, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE